# F. A. BRYAN

*v.*

# CITY OF CHICAGO.

SPECIAL ASSESSMENT—*illegal ordinance.*    Where the common council passed an ordinance for the improvement of a street, and ordered curb walls to be built where the same were not already built, and in good and sound condition, but it did not specify what portion was in good and sound condition and what was not:    *Held,* that the ordinance was an attempt to confer on the board of public works an illegal discretion which would tend to open the way to an unfair assessment, and to favoritism and fraud.    It is governed by the case of *Foss* v. *City of Chicago,* 56 Ill. 354, and is held to be void, and the collector had no authority to apply for judgment.

APPEAL from the Superior Court of Cook county; the Hon. JOSEPH E. GARY, Judge, presiding.

The facts appear in the opinion.

Messrs. BARKER & WAITE, and Mr. WM. HOPKINS, for the appellant.

Mr. M. F. TULEY, Corporation Counsel, for the appellee.

Mr. JUSTICE MCALLISTER delivered the opinion of the Court:

This is an appeal from the judgment of the Superior Court of Cook county, in favor of the city, upon a warrant for a

special assessment for improving a portion of West Randolph street in the city of Chicago.

The ordinance under which the assessment was levied, ordered "that West Randolph street, from the west line of Halsted street to the east curb line of Carpenter street, be curbed with curb walls *where the same are not already built,* and *where the same are not now in good and sound condition;* West Randolph street from the west line of Halsted street to the east curb line of Carpenter street, and curbing with curb stones where the same are not already set, and *where the same are not now in a good and sound condition;* said Randolph street from the west curb line of Carpenter street to the western terminus of said West Randolph street at Union Park, and filling, grading, and paving with wooden blocks said West Randolph street from the west line of Halsted street to the western terminus of said West Randolph street at Union Park, (excepting a space sixteen feet wide in the middle of said West Randolph street, from the west line of Halsted street to the western terminus of said West Randolph street at Union Park, now occupied by the tracks of the Chicago West Division Railway Company,) in the manner particularly described in the accompanying drawing and in the ordinance herewith submitted, directing the doing of the work."

This ordinance is an attempt to vest the board of public works with an illegal discretion; it tends to open the way to an unfair assessment, and to favoritism and fraud. It falls directly within the grounds of condemnation stated in *Foss* v. *City of Chicago,* 56 Ill. 354.

The ordinance was void, and the city collector had no authority to apply for judgment.

Judgment reversed and cause remanded.

*Judgment reversed.*